IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No.  95-cr-0101-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEASON BURELL COX,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: October   27 , 2006


    It is ORDERED that Defendant's Petition On Probation And Supervised Release: Motion To Discharge On . . . Said Date [Doc. No. 62] is denied.