IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 95-cr-00101-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEASON BURELL COX,

    Defendant.

___

**ORDER OF RECUSAL**
___

    THIS MATTER arises *sua sponte*.

    The undersigned Judge finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES, which require his recusal in this matter. Mr. Cox was personally represented by the undersigned prior to taking the bench. The undersigned has clear recollections and memories of his interactions with Mr. Cox. The case which was reassigned to the undersigned on January 29, 2014 is the very case on which the undersigned served as defense counsel. Under these circumstances, it would be inappropriate for the undersigned Judge to preside over this matter. Accordingly, it is hereby

ORDERED that the undersigned Judge recuses himself from hearing this matter.

DATED this 30th day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge