IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 95-cr-00101-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEASON BURELL COX,

        Defendant.

_____

**ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY**
_____

THIS MATTER is before the Court upon report of the probation officer regarding defendant's conduct while on supervision. Upon review of the records herein and the report of the Court's probation officer, It is

ORDERED that the defendant's supervised release is terminated unsatisfactorily.

DATED May 8, 2014.

        BY THE COURT:

        s/Philip A. Brimmer
        PHILIP A. BRIMMER
        United States District Judge